UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ANTHONY LEWIS,<br><br>           Petitioner,<br><br>      v.<br><br>STATE OF WASHINGTON,<br><br>           Respondent. | CASE NO. 3:16-CV-05562-RBL-JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is therefore GRANTED.  The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to petitioner.

Dated this 7th day of November, 2016.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1