UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ANTHONY LEWIS,

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendants.

CASE NO. 16-cv-05562 RBL JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation [Dkt. #22].

(2) Petitioner's request for a stay [Dkt. #19] is denied without prejudice.

(3) Petitioner's request for an extension to file his traverse is granted. Petitioner's traverse shall be due within 30 days of this order.

DATED this 31st day of March, 2017.

RONALD B. LEIGHTON
United States District Court Judge

ORDER - 1