UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ANTHONY LEWIS,

          Petitioner,

    v.

ROBERT W. FERGUSON,

          Respondent.

CASE NO. C16-5562 RBL-JRC

ORDER FOR SUPPLEMENTAL
BRIEFING

     Petitioner filed a habeas corpus petition challenging his custody under a state court

judgment and sentence.  Dkt. 8. In his petition, petitioner stated that he had not sought appellate

or collateral review of his state court judgment and sentence. Dkt. 8 at 3.

     In respondent's original answer, he argues that petitioner has not presented his claims to

the Washington state courts, thus, petitioner's claims are unexhausted. Dkt. 17 at 8. However,

respondent contends that at the time the original answer was filed, on January 25, 2017,

petitioner's claims were not procedurally barred. *Id.* at 8. Respondent argues that petitioner had

until March 9, 2017 to seek collateral review in the state courts. *Id.*  In his traverse, petitioner

contends that on February 28, 2017, he mailed a petition to the Washington Supreme Court

challenging his judgment and sentence, which was treated as a personal restraint petition. Dkt. 24 at 14, 24-25.

Accordingly, the Court orders that respondent supplement his original answer (Dkt. 17) and address whether petitioner sought relief by the Washington state appellate courts in a timely manner and whether petitioner's claims are procedurally barred. If petitioner's personal restraint petition is currently pending in the Washington state courts, respondent should address whether a stay would be appropriate.

The supplemental answer shall be filed on or before June 30, 2017 and will be treated in accordance with LCR 7. Petitioner may file and serve a supplemental response not later than July 21, 2017. Respondent may file and serve a supplemental reply not later than July 28, 2017. The Clerk is directed to re-note the petition for July 28, 2017.

Dated this 26th day of May, 2017.

J. Richard Creatura
United States Magistrate Judge