UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ANTHONY LEWIS,

        Petitioner,

v.

CHARLES CALLAHAN,

        Respondent.

CASE NO. 3:16-cv-05562-RBL-JRC

ORDER LIFTING STAY

The District Court has referred this action to United States Magistrate Judge J. Richard Creatura. Petitioner John Anthony Lewis filed a federal habeas petition, pursuant to 28 U.S.C. § 2254, seeking relief from a state court conviction. Petitioner filed his petition in June of 2016. Dkt. 1. Pursuant to court order, he filed an amended petition in August of 2016 (Dkt. 4) and a second amended petition in November of 2016 (Dkt. 6). The Court accepted his second amended petition and served it on respondent. Dkt. 9. Because petitioner is incarcerated out of state and his habeas focuses on potential future incarceration in Washington, the Washington Attorney General filed a motion to intervene as respondent (Dkt. 16), which the Court granted (Dkt. 21).

Intervenor filed an answer in February of 2017. Dkt. 20. Before that, petitioner filed a motion to stay his case in order to exhaust state court remedies. Dkt. 19. After receiving confirmation from both parties that petitioner had filed a personal restraint petition with the Washington courts (Dkts. 24, 25, 26), the Court granted the motion to stay, staying the case until February 28, 2018 (Dkt. 27).

The parties have both filed motions to lift the stay, explaining that the Washington courts have now had an opportunity to examine petitioner's grounds at all levels of state review. Dkts. 28, 30.

Therefore, it is ORDERED:

1) The parties' motions to lift the stay (Dkts. 28, 30) are granted.
2) The petition will be ready for consideration on March 16, 2018. The parties will have until that date to file supplemental briefing.
3) The Clerk is directed to provide a copy of this order to petitioner.

Dated this 20th day of February, 2018.

J. Richard Creatura
United States Magistrate Judge