UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ANTHONY LEWIS,

    Plaintiff,

v.

CHARLES CALLAHAN, et al.,

    Defendants.

CASE NO. 3:16-cv-05562-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for a writ of habeas corpus is denied.

**DATED** this 7th day of May, 2018.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge